O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES SUPERIOR COURT, et al.,<br><br>Defendants. | Case No. 2:25-cv-11824-FWS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 13).  No objections to the R&R were filed, and the deadline for filing such objections has passed.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered: (1) dismissing Plaintiff's federal claims with prejudice, and (2) dismissing Plaintiff's state law claims without prejudice but without leave to amend.

Dated:  February 25, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE