JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND,<br><br>      Plaintiff,<br><br>   v.<br><br>LOS ANGELES SUPERIOR<br>COURT, et al.,<br><br>      Defendants. | Case No. 2:25-cv-11824-FWS-KES<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's federal claims are dismissed with prejudice, and Plaintiff's state law claims are dismissed without prejudice, but without leave to amend.

Dated:  February 25, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE